WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**FRANKIE ROSENWEIG,**           Case No. 3:08-cv-00278-MO

  Plaintiff,

vs.                              ORDER

**COMMISSIONER of Social Security,**

  Defendant.

---

Attorney fees in the amount of $2,534.18 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

DATED this 18 day of April, 2012.

_____
United States District Judge

Submitted on April 10, 2012 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1